IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SIDNEY MARTS,**
        **Plaintiff,**

vs.                              **Case No. 3:09cv26/LC/MD**

**G.A. SCARBROUGH,**
        **Defendant.**

## REPORT AND RECOMMENDATION

This civil rights action is before the court upon referral from the Clerk. On February 18, 2009 plaintiff filed a notice of voluntary dismissal or, in the alternative, motion for voluntary dismissal (doc. 6). Pursuant to FED.R.CIV.P. 41(a)(1), this case should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1. That plaintiff's motion for voluntary dismissal (doc. 6) be GRANTED, and this case be dismissed without prejudice.

2. That the Clerk be directed to close the file.

At Pensacola, Florida, this 20th day of February, 2009.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**